IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD ROSEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-1722 |
| VERIZON PENNSYLVANIA, LLC, | : | |
| Defendant. | : | |

**O R D E R**

AND NOW, this 27th day of March, 2014, upon consideration of Defendant, Verizon Pennsylvania LLC's ("Defendant"), Motion for Summary Judgment filed against Plaintiff, Howard Rosen ("Plaintiff") (Doc. No. 14), Plaintiff's Response, and Defendant's Reply, it is hereby **ORDERED** that said Motion is **GRANTED** in part and **DENIED** in part. Summary judgment is granted as to Plaintiff's defamation claim, and denied regarding Plaintiff's claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et. seq.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE